**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDRE C. JONES, SR.,

                    Plaintiff,                    21 **CIVIL** 8990 (VEC)(SLC)

       -against-                              **JUDGMENT**

N.Y.C./D.O.C./V.C.B.C. WARDEN CARTER;
N.Y.C./D.O.C./V.C.B.C. CAPTAIN GUERRA; 3-AA
HOUSING UNIT CAPTAIN;
N.Y.C./D.O.C./V.C.B.C. CAPTAIN JOHN DOE
INTAKE SUPERVISING CAPTAIN;
N.Y.C./D.O.C./V.C.B.C. CAPTAIN HORTON,
                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 17, 2023, the R&R is ADOPTED in full. Defendant's motion to dismiss is GRANTED, and this case is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          March 17, 2023

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                    **BY:**        K. Mango

                                                  **Deputy Clerk**